FILED
AUG - 5 2008
Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBA

| | |
|---|---|
| Fonderie Acciaierie Roiale, S.p.A., )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>Magotteaux International S/A )<br>and )<br>Magotteaux, Inc. )<br>Defendants. )<br>  ) | Case: 1:08-cv-01351<br>Assigned To : Kollar-Kotelly, Colleen<br>Assign. Date : 8/5/2008<br>Description: General Civil |

## CERTIFICATE REQUIRED BY LCvR 7.1

I, the undersigned, counsel of record for Fonderie Acciaierie Roiale, S.p.A., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Fonderie Acciaierie Roiale, S.p.A., which have any outstanding securities in the hands of the public: None.

These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully submitted,

_____
Ralph A. Mittelberger (DC # 225433)
Janine A. Carlan (DC # 464254)
Aziz Burgy (DC # 483517)
Timothy W. Bucknell (DC #494493)
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
202.857.6000 TELEPHONE
202.857.6395 FACSIMILE
mittelberger.ralph@arentfox.com
carlan.janine@arentfox.com
burgy.aziz@arentfox.com
bucknell.timothy@arentfox.com
*Counsel for Plaintiff*
*Fonderie Acciaierie Roiale, S.p.A*