AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Columbia___ on the following   X  Patents or   ☐ Trademarks:

| DOCKET NO.<br>08-1351 | DATE FILED<br>8/5/08 | U.S. DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA |
|---|---|---|
| PLAINTIFF<br><br>**FONDERIE ACCIAIERIE ROIALE, S.p.A.**<br>Via Leonardo da Vinci no. 11<br>33010 Reana del Roiale<br>Udine, Italy<br><br>Attorney for Plaintiff:<br><br>**Timothy Wayne Bucknell**<br>ARENT FOX, PLLC<br>1050 Connecticut Avenue, NW<br>Suite 400<br>Washington, DC 20036<br>(202) 857-8982<br>Email: bucknell.timothy@arentfox.com | | DEFENDANT<br><br>**MAGOTTEAUX INTERNATIONAL S/A**<br><br>Rue A. Dumont, Vaux-sous-Chevremont, RPM Liege, Belgium 405, 785,343<br><br>**MAGOTTEAUX, INC.**<br><br>725 Cool Springs Boulevard, Franklin, TN 37067 |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 39,998 | Reissued 1/8/08 | MAGOTTEAUX |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

✎ AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Nancy Mayer-Whittington by Joe Burgess | | 1/7/08 |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**