IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FONDERIE ACCIAIERIE ROIALE, S.P.A., AN ITALIAN CORPORATION </br></br> PLAINTIFF, </br></br> V. </br></br> MAGOTTEAUX INTERNATIONAL S/A, A BELGIAN CORPORATION, </br></br> DEFENDANT. | **FILED** </br> FEB 2 7 2009 </br> NANCY MAYER WHITTINGTON, CLERK </br> U.S DISTRICT COURT </br></br> CIVIL ACTION NO. </br> 1:08-CV-01351(CKK) |

## STIPULATION OF DISMISSAL BASED ON SETTLEMENT

Plaintiff Fonderie Acciaierie Roiale, S.p.A, and Defendant Magotteaux International S/A, hereby file this Stipulation of Dismissal Based on Settlement pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The parties, by and through their respective undersigned counsel, hereby stipulate that the above-captioned action is dismissed in its entirety without prejudice, with each party responsible for its own attorneys' fees and costs.

DATED: February 27, 2009

Respectfully submitted,

_____/s/_____                                _____/s/_____

John J. Gresens
Robert S. Rigg
William J. Voller III
David Moore Hernandez, D.C. Bar No. 473952
VEDDER PRICE P.C.
222 North Lasalle Street
Chicago, Illinois 60601
*Counsel for Defendants Magotteaux, Inc.*
*and Magotteaux International S/A*

Ralph A. Mittelberger, DC Bar No. 225433
Janine A. Carlan, DC Bar No. 464254
Aziz Burgy, DC Bar No. 483517
Timothy Bucknell, DC Bar No. 494493
Karen E. Carr, DC Bar No. 975480
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington, DC 20036-5339
t: (202) 857-6000
f: (202) 857-6395
*Counsel for Plaintiff Fonderie Acciaierie*
*Roiale, S.p.A.*

188234-1

*08CV 1351*

*Stipulation of Dismissal Based on Settlement*

**APPROVED AND SO ORDERED.**

On this 27th day of Feb., 2009.

_____
The Honorable Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE

188234-1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing,

**STIPULATION OF DISMISSAL BASED ON SETTLEMENT,**

was filed with the U.S. District Court for the District of Columbia on February 27, 2009, through the ECF filing system, which will send notification of such filing to the following:

David Moore Hernandez
VEDDER PRICE P.C.
875 15th Street NW
Suite 725
Washington, D.C. 20005

Notice will be delivered by First Class Mail, postage prepaid, to the following non-filing users:

John J. Gresens
VEDDER PRICE P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601

Robert S. Rigg
VEDDER PRICE P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601

William J. Voller III
VEDDER PRICE P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601

/s/
Rita M. Salamone
Senior Paralegal
Arent Fox LLP

188234-1